# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:12–cv–00302–RJL

| | |
|---|---|
| ROBINSON v. PEZZAT et al | Date Filed: 02/24/2012 |
| Assigned to: Judge Richard J. Leon | Date Terminated: 03/19/2015 |
| Demand: $1,500,000 | Jury Demand: Plaintiff |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**MARIETTA ROBINSON**        represented by   **Jeffrey Steven Morrow**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736–8490
Email: jmorrow@sidley.com
*TERMINATED: 01/09/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca K. Troth**
SIDLEY AUSTIN LLP
1501 K Street, NW
Suite 600
Washington, DC 20005
(202) 736–8339
Fax: (202) 736–8711
Email: rtroth@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Peter Adams**
SIDLEY AUSTIN LLP
1501 K Street, NW
Suite 600
Washington, DC 20005
(202) 736–8000
Email: jpadams@sidley.com
*TERMINATED: 01/09/2014*

V.

**Defendant**

**SARAH PEZZAT**        represented by   **David A. Jackson**
*Officer*                            OFFICE OF THE ATTORNEY
GENERAL FOR THE DISTRICT OF
COLUMBIA

Public Interest Division
441 4th Street, NW
One Judiciary Square– 6th Floor South
Washington, DC 20001
(202) 724–6618
Fax: (202) 741–8999
Email: davida.jackson@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Anthony Towns , Sr.**
OFFICE OF THE ATTORNEY GENERAL for DC
441 4th Street, NW
Suite 600 South
Washington, DC 20001
(202) 724–6652
Fax: (202) 333–6032
Email: james.towns@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHRISTIAN GLYNN**
*Officer*

represented by **David A. Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD MCLEOD**
*Officer*

represented by **David A. Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Anthony Towns , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAMES BOTELER**
*Officer*

represented by **David A. Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Anthony Towns , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ADRIAN LEDESMA**  
*Officer*  
*TERMINATED: 03/07/2014*

represented by **David A. Jackson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Anthony Towns , Sr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**ADAM JOHNSTON**  
*Officer*  
*TERMINATED: 03/07/2014*

represented by **David A. Jackson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**KELLY BAKER**  
*Officer*

represented by **David A. Jackson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Anthony Towns , Sr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**KIMBERLY SELBY**  
*Officer*  
*TERMINATED: 03/07/2014*

represented by **David A. Jackson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**VINCENT HOPKINS**  
*Officer*  
*TERMINATED: 03/07/2014*

represented by **David A. Jackson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**DISTRICT OF COLUMBIA**

represented by **David A. Jackson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Anthony Towns , Sr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/24/2012 | 1 | | COMPLAINT against KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, CHRISTIAN GLYNN, VINCENT HOPKINS, ADAM JOHNSTON, ADRIAN LEDESMA, RICHARD MCLEOD, SARAH PEZZAT, KIMBERLY SELBY ( Filing fee $ 350, receipt number 4616046243) filed by MARIETTA ROBINSON. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 02/24/2012) |
| 02/24/2012 | | | SUMMONS Not Issued as to KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, CHRISTIAN GLYNN, VINCENT HOPKINS, ADAM JOHNSTON, ADRIAN LEDESMA, RICHARD MCLEOD, SARAH PEZZAT, KIMBERLY SELBY (jf, ) (Entered: 02/24/2012) |
| 03/23/2012 | | | Summons Issued (10) as to KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, CHRISTIAN GLYNN, VINCENT HOPKINS, ADAM JOHNSTON, ADRIAN LEDESMA, RICHARD MCLEOD, SARAH PEZZAT, KIMBERLY SELBY. (sth) (Entered: 03/23/2012) |
| 04/18/2012 | 2 | | Consent MOTION for Extension of Time to File Answer by KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, ADRIAN LEDESMA (Attachments: # 1 Text of Proposed Order)(Jackson, David) (Entered: 04/18/2012) |
| 04/20/2012 | | | MINUTE ORDER granting 2 Defendants District of Columbia, James Boteler, Kelly Baker, and Adrian Ledesma's Consent Motion for Extension of Time to Respond to the Complaint. It is hereby ORDERED that the motion is GRANTED and the District of Columbia, James Boteler, Kelly Baker, and Adrian Ledesma have up to, and including, 5/17/2012 to respond to the complaint. Signed by Judge Richard J. Leon on 4/20/12. (lcrjl2) (Entered: 04/20/2012) |
| 05/16/2012 | 3 | | MOTION for Extension of Time to File Answer by KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, ADRIAN LEDESMA, RICHARD MCLEOD, SARAH PEZZAT (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Towns, James) (Entered: 05/16/2012) |
| 05/21/2012 | | | MINUTE ORDER granting 3 Motion for Extension of Time to Respond to Complaint by Defendants District of Columbia, James Boteler, Kelly Baker, and Adrian Ledesma; and granting nunc pro tunc 3 Motion for Extension of Time to Respond to Complaint by Defendants Richard McLeod and Kimberly Selby−Pezzat. It is hereby ORDERED that the motion is GRANTED and defendants District of Columbia, James Boteler, Kelly Baker, Adrian Ledesma, Richard McLeod, and Kimberly Selby−Pezzat have up to, and including, 6/7/2012 to respond to the complaint. Signed by Judge Richard J. Leon on 5/21/12. (lcrjl2) (Entered: 05/21/2012) |
| 06/06/2012 | 4 | | ANSWER to Complaint with Jury Demand by KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, ADAM JOHNSTON, ADRIAN LEDESMA, RICHARD MCLEOD, KIMBERLY SELBY.(Jackson, David) (Entered: 06/06/2012) |
| 06/07/2012 | 5 | | STANDING ORDER. Signed by Judge Richard J. Leon on 6/7/12. (lcrjl2) (Entered: 06/07/2012) |

| | | | |
|---|---|---|---|
| 09/07/2012 | 6 | | Consent MOTION for Extension of Time to File Answer by CHRISTIAN GLYNN (Attachments: # 1 Answer, # 2 Text of Proposed Order)(Jackson, David) (Entered: 09/07/2012) |
| 09/10/2012 | | | MINUTE ORDER granting nunc pro tunc 6 Defendant Christian Glynn's Consent Motion to Late File his Answer to the Complaint. It is hereby ORDERED that the motion is GRANTED nunc pro tunc and that defendant Christian Glynn's Answer is deemed timely filed. Signed by Judge Richard J. Leon on 9/10/12. (lcrjl2) (Entered: 09/10/2012) |
| 09/10/2012 | 7 | | ANSWER to 1 Complaint, with Jury Demand by CHRISTIAN GLYNN.(jf, ) (Entered: 09/11/2012) |
| 10/15/2012 | 8 | | MOTION for Extension of Time to *Serve Defendant Vincent Hopkins* by MARIETTA ROBINSON (Attachments: # 1 Text of Proposed Order, # 2 Attachment A: Communication with Ass't Att'y Gen. Jackson (April 18), # 3 Attachment B: Metropolitan Police Department, General Order No. 701.04 (Subpoena Policy), # 4 Attachment C: Communication with Ass't Att'y Gen. Jackson (May 22), # 5 Affidavit Attachment D: Affidavit of Scott Kucik, Capitol Process/Investigator Services)(Adams, Jonathan) (Entered: 10/15/2012) |
| 10/16/2012 | | | MINUTE ORDER granting in part 8 Motion for Extension of Time for Service of Defendant Vincent Hopkins. It is hereby ORDERED that plaintiff's motion is GRANTED in part and that plaintiff has 30 days from entry of this Order to serve defendant Hopkins. Signed by Judge Richard J. Leon on 10/16/12. (lcrjl2) (Entered: 10/16/2012) |
| 11/29/2012 | 9 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. VINCENT HOPKINS served on 11/1/2012 (Adams, Jonathan) (Entered: 11/29/2012) |
| 12/06/2012 | 10 | | Consent MOTION for Extension of Time to File Answer by VINCENT HOPKINS (Attachments: # 1 Text of Proposed Order, # 2 Answer to Complaint)(Jackson, David) (Entered: 12/06/2012) |
| 12/11/2012 | | | MINUTE ORDER granting 10 Defendant Vincent Hopkins' Consent Motion to Late File His Answer To the Complaint. It is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Defendant Hopkins' Answer is accepted and deemed filed. Signed by Judge Richard J. Leon on 12/11/12. (lcrjl2) (Entered: 12/11/2012) |
| 12/11/2012 | 11 | | ANSWER to 1 Complaint, with Jury Demand by VINCENT HOPKINS.(znmw, ) (Entered: 12/12/2012) |
| 12/21/2012 | 12 | | STANDING ORDER. Signed by Judge Richard J. Leon on 12/21/12. (lcrjl2) (Entered: 12/21/2012) |
| 01/31/2013 | 13 | | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Consent Order Re: Scheduling)(Adams, Jonathan) (Entered: 01/31/2013) |
| 02/07/2013 | | | MINUTE SCHEDULING ORDER: It is hereby ORDERED that initial disclosures shall be exchanged by 2/15/13; fact discovery closes 5/31/13; Plaintiff's expert reports due 30 days after close of fact discovery; Defendants' expert reports due 45 days after close of fact discovery; Plaintiff may file a rebuttal report 30 days after receipt of any Defendant's expert report; dispositive |

| | | | |
|---|---|---|---|
| | | | motions due 30 days after close of expert discovery. Signed by Judge Richard J. Leon on 2/7/13. (lcrjl2) (Entered: 02/07/2013) |
| 02/13/2013 | 14 | | Consent MOTION for Protective Order by KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, CHRISTIAN GLYNN, VINCENT HOPKINS, ADAM JOHNSTON, ADRIAN LEDESMA, RICHARD MCLEOD, KIMBERLY SELBY (Attachments: # 1 Text of Proposed Order)(Jackson, David) (Entered: 02/13/2013) |
| 02/15/2013 | 15 | | RULE 26a1 STATEMENT. (Adams, Jonathan) (Entered: 02/15/2013) |
| 02/19/2013 | 16 | | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal. (SEE ORDER FOR COMPLETE DETAILS) Signed by Judge Richard J. Leon on 02/16/2013. (jth) (Entered: 02/19/2013) |
| 05/29/2013 | 17 | | Consent MOTION to Modify *Fact Discovery Period* by MARIETTA ROBINSON (Adams, Jonathan) (Entered: 05/29/2013) |
| 07/05/2013 | | | MINUTE ORDER granting 17 Motion to Modify. It is hereby ORDERED that the motion is GRANTED and fact discovery shall be completed by 9/30/13; plaintiffs shall disclose experts and expert reports by 10/30/13; defendants shall disclose experts and expert reports by 12/16/13; expert rebuttals are due by 1/15/14. Signed by Judge Richard J. Leon on 7/5/13. (lcrjl2) (Entered: 07/05/2013) |
| 09/26/2013 | 18 | | Joint MOTION for Extension of Time to Complete Discovery by MARIETTA ROBINSON (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Adams, Jonathan) (Entered: 09/26/2013) |
| 10/10/2013 | | | MINUTE ORDER granting nunc pro tunc 18 Motion for Extension of Time to Complete Discovery. It is hereby ORDERED that the motion is GRANTED. It is further ORDERED that fact discovery shall be concluded 10/14/13. Signed by Judge Richard J. Leon on 10/10/13. (lcrjl2) (Entered: 10/10/2013) |
| 11/19/2013 | 19 | | Joint MOTION for Extension of Time to Complete Discovery *Relating to Expert Witnesses* by MARIETTA ROBINSON (Adams, Jonathan) (Entered: 11/19/2013) |
| 11/25/2013 | | | AMENDED PURSUANT TO MINUTE ORDER FILED 12/06/13.....MINUTE ORDER granting 19 Joint Motion to Extend the Time for Designating Expert Witnesses. It is hereby ORDERED that the Plaintiff and Defendants shall have up to and including December 16, 2013, to designate expert witnesses. Signed by Judge Richard J. Leon on 11/25/13. (lcrjl2, ) Modified on 12/6/2013 (jth). (Entered: 11/25/2013) |
| 11/26/2013 | | | Set/Reset Deadlines: Expert Witness List due by 12/16/2013. (tb, ) (Entered: 11/26/2013) |
| 12/06/2013 | | | MINUTE ORDER that the Minute Order issued 11/25/2013 is AMENDED as follows: Granting the 19 Joint Motion to Extend the Time for Designating Expert Witnesses. It is hereby ORDERED that (1) Plaintiff shall have up to and including 12/16/2013 to disclose experts and expert reports; (2) Defendants shall have up to and including 1/30/2014 to disclose experts and expert reports; (3) expert rebuttal shall be due by 3/3/2014. Signed by Judge Richard J. Leon on 12/06/2013. (jth) (Entered: 12/06/2013) |

| | | | |
|---|---|---|---|
| 01/09/2014 | 20 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MARIETTA ROBINSON. Attorney Jonathan Peter Adams terminated. (Adams, Jonathan) (Entered: 01/09/2014) |
| 03/07/2014 | 21 | | NOTICE of Voluntary Dismissal by MARIETTA ROBINSON (Morrow, Jeffrey) (Entered: 03/07/2014) |
| 04/03/2014 | 22 | | STATUS REPORT *(Joint) and Joint Proposed Scheduling Order* by MARIETTA ROBINSON. (Morrow, Jeffrey) (Entered: 04/03/2014) |
| 04/07/2014 | | | SCHEDULING MINUTE ORDER: It is hereby ORDERED that the parties shall abide by the following briefing schedule: (1) dispositive motions shall be filed on or before 6/2/2014; (2) responses shall be filed on or before 8/2/2014; and (3) replies shall be filed on or before 8/21/2014. Signed by Judge Richard J. Leon on 4/7/14. (lcrjl2, ) Modified event title on 4/8/2014 (znmw, ). (Entered: 04/07/2014) |
| 04/08/2014 | | | Set/Reset Deadlines: Dispositive Motions due by 6/2/2014. Response to Dispositive Motions due by 8/2/2014. Reply to Dispositive Motions due by 8/21/2014. (tb, ) (Entered: 04/08/2014) |
| 05/29/2014 | 23 | | Consent MOTION for Scheduling Order *to be Modified* by KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, CHRISTIAN GLYNN, RICHARD MCLEOD (Attachments: # 1 Text of Proposed Order)(Jackson, David) (Entered: 05/29/2014) |
| 05/30/2014 | | | MINUTE ORDER granting 23 Consent Motion to Modify Current Scheduling Order. It is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the parties shall abide by the follwoing briefing schedule: (1) dispositive motions shall be filed on or before 6/9/2014; (2) oppositions shall be filed on or before 8/11/2014; and (3) replies shall be filed on or before 8/28/2014. Signed by Judge Richard J. Leon on 5/30/14. (lcrjl2, ) (Entered: 05/30/2014) |
| 05/30/2014 | | | Set/Reset Deadlines: Dispositive Motions due by 6/9/2014. Response to Dispositive Motions due by 8/11/2014. Reply to Dispositive Motions due by 8/28/2014. (tb, ) (Entered: 05/30/2014) |
| 06/09/2014 | 24 | | MOTION for Summary Judgment by KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, CHRISTIAN GLYNN, ADRIAN LEDESMA, RICHARD MCLEOD, SARAH PEZZAT (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts, # 3 Exhibit Exhibit 1–Plaintiff Dep, # 4 Exhibit Exhibt 2–Patient History Report, # 5 Exhibit Exhibit 3–Baker Dep, # 6 Exhibit Exhibit 4–McLeod, # 7 Exhibit Exhibit 5(a)–Affidavit for Search Warrant, # 8 Exhibit Exhibit 5(b)–Search Warrant, # 9 Exhibit Exhibiot 6–Selby Dep, # 10 Exhibit Exhibit 7–Pezzat Dep, # 11 Exhibit Exhibit 8–Boteler Dep, # 12 Exhibit Exhibit 9–Johnston Dep, # 13 Exhibit Exhibit 10–Glynn Dep, # 14 Exhibit Exhibit 11–Hopkins Dep, # 15 Exhibit Exhibit 12 Ledesma Dep, # 16 Exhibit Exhibit 13–Ehrlich Dep, # 17 Exhibit Exhibit 14– General Order, # 18 Text of Proposed Order)(Jackson, David) (Entered: 06/09/2014) |
| 08/04/2014 | 25 | | Consent MOTION for Extension of Time to *File Opposition to Motion for Summary Judgment* by MARIETTA ROBINSON (Morrow, Jeffrey) (Entered: 08/04/2014) |

| | | | |
|---|---|---|---|
| 08/08/2014 | | | MINUTE ORDER granting 25 Motion to Modify the Current Scheduling Order. It is hereby ORDERED that the motion is GRANTED. It is further ORDERED that plaintiff's Opposition shall be filed on or before 8/18/2014, and defendants' Reply shall be filed on or before 9/4/2014. Signed by Judge Richard J. Leon on 8/8/14. (lcrjl2, ) (Entered: 08/08/2014) |
| 08/11/2014 | | | Set/Reset Deadlines: Plaintiff's Opposition is now due by 8/18/2014; and Defendants' Reply is now due by 9/4/2014. (jth) (Entered: 08/11/2014) |
| 08/18/2014 | 26 | | Memorandum in opposition to re 24 MOTION for Summary Judgment filed by MARIETTA ROBINSON. (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts Statement of Genuine Issues and Response to Statement of Undisputed Facts, # 3 Text of Proposed Order, # 4 Exhibit Robinson Transcript, # 5 Exhibit Boteler Transcript, # 6 Exhibit Baker Transcript, # 7 Exhibit Pezzat Transcript, # 8 Exhibit 30b6 Transcript, # 9 Exhibit McLeod Transcript, # 10 Exhibit Glynn Transcript, # 11 Exhibit Ledesma Transcript, # 12 Exhibit Selby Transcript, # 13 Exhibit Hopkins Transcript, # 14 Exhibit MPD Dog Shootings, # 15 Exhibit MPD Evidence Report, # 16 Exhibit Howard Hospital Letter, # 17 Exhibit Unity Health Report, # 18 Certificate of Service)(Morrow, Jeffrey) (Entered: 08/18/2014) |
| 09/04/2014 | 27 | | Consent MOTION for Extension of Time to File Response/Reply as to 24 MOTION for Summary Judgment by KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, CHRISTIAN GLYNN, RICHARD MCLEOD, SARAH PEZZAT (Attachments: # 1 Text of Proposed Order)(Jackson, David) (Entered: 09/04/2014) |
| 09/06/2014 | | | MINUTE ORDER granting, nunc pro tunc, 27 Consent Motion for Extension of Time to File Reply. It it is hereby ORDERED that the motion is GRANTED. It is further ordered that defendants shall file their Reply to to plaintiff's Opposition to the Motion for Summary Judgment on or before 9/25/2014. Signed by Judge Richard J. Leon on 9/6/14. (lcrjl2, ) (Entered: 09/06/2014) |
| 09/25/2014 | 28 | | REPLY to opposition to motion re 24 MOTION for Summary Judgment filed by KELLY BAKER, JAMES BOTELER, DISTRICT OF COLUMBIA, CHRISTIAN GLYNN, RICHARD MCLEOD, SARAH PEZZAT. (Jackson, David) (Entered: 09/25/2014) |
| 01/09/2015 | 29 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MARIETTA ROBINSON. Attorney Jeffrey Steven Morrow terminated. (Morrow, Jeffrey) (Entered: 01/09/2015) |
| 03/19/2015 | 30 | | MEMORANDUM AND OPINION. Signed by Judge Richard J. Leon on 031/8/15. (tb, ) (Entered: 03/19/2015) |
| 03/19/2015 | 31 | | ORDER: For the reasons set forth in the Memorandum Opinion entered this date, it is hereby ordered that defendant's 24 Motion for Summary Judgment is GRANTED as to Count I, Count II and Count III; and it is further ordered that Count IV, Count V, Count VII, Count VII, and Count VIII of the Complaint are DISMISSED WITHOUT PREJUDICE. Signed by Judge Richard J. Leon on 03/18/15. (tb, ) (Entered: 03/19/2015) |
| 04/15/2015 | 32 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 31 Order on Motion for Summary Judgment, by MARIETTA ROBINSON. Filing fee $ 505, receipt number 0090–4059154. Fee Status: Fee Paid. Parties have been notified. (Troth, |

| | | | |
|---|---|---|---|
| | | | Rebecca) (Entered: 04/15/2015) |
| 04/16/2015 | 33 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 32 Notice of Appeal to DC Circuit Court. (zjf, ) (Entered: 04/16/2015) |
| 04/16/2015 | 34 | 10 | Amended NOTICE OF APPEAL by MARIETTA ROBINSON. (Troth, Rebecca) (Entered: 04/16/2015) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARIETTA ROBINSON ) | |
| ) | |
| Plaintiff. ) | Case No. 1:12-cv-00302-RJL |
| ) | |
| v. ) | |
| ) | |
| OFFICERS SARAH PEZZAT, CHRISTIAN ) | |
| GLYNN, RICHARD MCLEOD, JAMES ) | |
| BOTELER, KELLY BAKER, AND THE ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Marietta Robinson, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order granting defendants' motion for summary judgment as to Counts I, II, and III of the Complaint and dismissing Counts IV, V, VI, VII, and VIII of the Complaint without prejudice, and from the final judgment in this action, entered in this action on the 19th day of March, 2015.

Dated:  April 16, 2015

Respectfully submitted,

/s/  Rebecca K. Troth_____
Rebecca K. Troth, D.C. Bar No. 379771
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005

*Counsel for Plaintiff
Marietta Robinson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2015, I caused the foregoing Amended Notice of Appeal to be filed with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system. Service was accomplished on all parties via the Court's CM/ECF system, including the following:

    David A. Jackson, davida.jackson@dc.gov;

    James Anthony Towns, Sr., james.towns@dc.gov.

    /s/ Rebecca K. Troth_____
    Rebecca K. Troth